1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    CARLTON TOLBERT,                              No. CIV S-10-0956-CMK-P

12                    Plaintiff,

13         vs.                                       <u>ORDER</u>

14    DR. ALLEN,

15                    Defendant.

16    _____/

17         Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18    to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28

19    U.S.C. § 636(c) and no other party has been served or appeared in the action.

20         On May 18, 2010, the court directed plaintiff to resolve the fee status for this case

21    within 30 days of the date of the order.  Plaintiff was warned that failure to comply may result in

22    dismissal of this action for lack of prosecution and failure to comply with court orders and rules.

23    <u>See</u> Local Rule 110.  To date, plaintiff has not complied by either paying the full filing fee or

24    filing a complete application for leave to proceed in forma pauperis.

25         Plaintiff shall show cause in writing, within 30 days of the date of this order, why

26    this action should not be dismissed for failure to resolve fees.  Plaintiff is again warned that

1

failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

IT IS SO ORDERED.


DATED:  July 1, 2010


**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE