IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON TOLBERT, | No. CIV S-10-0956-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| DR. ALLEN, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

On July 2, 2010, the court issued an order for Plaintiff to show cause why this action should not be dismissed for his failure to resolve the fee status. On July 12, 2010, Plaintiff responded to the order indicating that he had submitted his request for a certified copy of his trust account statement, but it had not been received by the court.

Plaintiff has now filed a completed motion to proceed in forma pauperis (Doc. 8), with the appropriate certifications. Plaintiff's declaration makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted, and the

1

order to show cause will be discharged.  Plaintiff's complaint will be addressed separately.

          Accordingly, IT IS HEREBY ORDERED that:

          1.      The July 2, 2010, order to show cause is discharged;

          2.      Plaintiff's motion for leave to proceed in forma pauperis (Doc. 8) is granted;

          3.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

          4.      No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1); and

          5.      Plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's inmate trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

DATED: August 13, 2010

                                                        **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE